# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cindy Johnson, Barbara L. Craig, and Stephanie L. Walker on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>Arizona Hospital and Healthcare Association et al.,<br><br>      Defendants. | No. CV07-1292-PHX-SRB<br><br>**ORDER GRANTING CONTINUED STAY AND TOLLING OF DISCOVERY** |

Pursuant to the Third Joint Status Report and Joint Motion for Continued Stay and Tolling of Discovery Deadlines, dated March 8, 2010, and upon agreement of the parties, and for good cause shown, IT IS HEREBY ORDERED that:

1. The stay of all proceedings in this matter, pursuant to the Court's Order of October 20, 2009 (Doc. No. 608), shall remain in effect.

2. On or before April 7, 2010, the parties shall state whether they have reached a proposed settlement and, if so, state when they will move for preliminary approval.

3. All discovery and all discovery deadlines remain Stayed, and the running of the current deadline for the close of fact discovery, March 1, 2010, remains TOLLED.

The only exception to this is that the parties may continue to seek to enforce any outstanding third party subpoenas.

Dated this 9th day of March, 2010.

_____
Susan R. Bolton
United States District Judge