IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cindy Johnson, Barbara L. Craig, and Stephanie L. Walker on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>Arizona Hospital and Healthcare Association et al.,<br><br>    Defendants. | No. CV07-1292-PHX-SRB<br><br>**ORDER GRANTING CONTINUED STAY AND TOLLING OF DISCOVERY** |

Pursuant to the Fifth Joint Status Report and Joint Motion for Continued Stay and Tolling of Discovery Deadlines, dated April 21, 2010, and upon agreement of the parties, and for good cause shown, IT IS HEREBY ORDERED that:

1. The stay of all proceedings in this matter, pursuant to the Court's Order of October 20, 2009 (Doc. No. 608), shall remain in effect.

2. On or before May 21, 2010, the parties shall submit a motion for preliminary approval of settlement.

3. All discovery and all discovery deadlines remain Stayed, and the running of the current deadline for the close of fact discovery, March 1, 2010, remains TOLLED. The only exception to this is that the parties may continue to seek to enforce any outstanding third party subpoenas.

Dated this 22nd day of April, 2010.

*/s/ Susan R. Bolton*
Susan R. Bolton
United States District Judge