# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cindy Johnson, Barbara A. Craig, and Stephanie L. Walker, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>Arizona Hospital and Healthcare Association et al.,<br><br>        Defendants. | No. CV07-1292-PHX-SRB<br><br>**ORDER** |

AND NOW, having considered Plaintiffs' Unopposed Motion for Extension of the Number of Pages for Plaintiffs' Motion for Preliminary Approval of Settlement, Certification of the Settlement Classes, Approval of the Form of Notice and Memorandum in Support IT IS HEREBY ORDERED that:

Plaintiffs' Motion for Preliminary Approval of Settlement, Certification of the Settlement Classes, Approval of the Form of Notice and Memorandum in Support may be up to forty five (45) pages.

Dated this 15th day of September, 2010.

_____
Susan R. Bolton
United States District Judge