David F. Sorensen (Pro Hac Vice)
Neill W. Clark (Pro Hac Vice)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
dsorensen@bm.net
nclark@bm.net
**Co-Lead Class Counsel and Attorneys for Plaintiffs**
*Additional Counsel on Signature Page*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Cindy Johnson, Barbara A. Craig, and Stephanie L. Walker on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>Arizona Hospital and Healthcare Association et al.,<br><br>  Defendants. | No. CV07-1292-PHX-SRB<br><br>**UNOPPOSED MOTION FOR EXTENSION OF THE NUMBER OF PAGES FOR PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND INCENTIVE AWARDS TO THE CLASS REPRESENTATIVES FOR THEIR EFFORTS ON BEHALF OF THE CLASS, AND MEMORANDUM IN SUPPORT** |

Pursuant to the Rules of Practice of the United States District Court for the District of Arizona 7.2 (e), Plaintiffs hereby move for an extension of the number of pages for Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Incentive Awards to the Class Representatives for Their Efforts on Behalf of Class Members. In support of this motion Plaintiffs aver as follows:

1. Under Rule 7.2(e), "[u]nless otherwise permitted by the Court, a motion including its supporting memorandum, and the response including its supporting memorandum, each shall not exceed seventeen (17) pages, exclusive of attachments and any required statement of facts."

2. Plaintiffs respectfully request and defendants *do not oppose*, that Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement Expenses, and Incentive Awards to the Class Representatives for Their Efforts on Behalf of Class Members and Memorandum in Support be up to thirty (30) pages. Plaintiffs request the additional pages to more thoroughly address the issues raised.

3. Defendants consent to this Motion.

4. A Proposed form of Order is attached.

Dated: January 28, 2011

                              **BERGER & MONTAGUE, P.C.**
By: /s/ David F. Sorensen
David F. Sorensen
Neill W. Clark
1622 Locust Street
Philadelphia, PA  19103
Tel: 215-875-3000
Fax: 215-875-4673

**LAW OFFICES OF DAVID BALTO**
David Balto
1350 I Street, N.W., Suite 850
Washington, D.C. 20005-3355
Tel: 202-577-5424
Fax: 202-333-4186

**KELLER ROHRBACK, P.L.C.**
Mark Samson
Ron Kilgard
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: 602-248-0088
Fax: 602-248-2822

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
Allen P. Grunes
1350 I Street, Suite 510
Washington, D.C. 20005-3355
Tel: 202-296-7353
Fax: 202-296-7009

Timothy R. Beyer
Martha F. Bauer
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432
Tel: 303-223-1100
Fax: 303-223-1111

Jeffrey S. Rugg
100 City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Tel: 702-382-2101
Fax: 702-382-8135

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 28, 2011 the foregoing Unopposed Motion For Extension of the Number of Pages for Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Incentive Awards to the Class Representatives for Their Efforts on Behalf of Class Members and Memorandum in Support was served via electronic mail to the following parties and notice of this filing will be sent to all parties listed below by operation of the Court's CM/ ECF System:

| | |
|---|---|
| Keith Beauchamp<br>Lauren Jacqueline Weinzweig<br>Roopali H. Desai<br>**COPPERSMITH SCHERMER**<br>**& BROCKELMAN PLC**<br>2800 North Central Avenue, Suite 1200<br>Phoenix, AZ 85004<br>kbeauchamp@csblaw.com<br>lweinzweig@csblaw.com<br>rdesai@csblaw.com<br>*Attorneys for Arizona Hospital and Healthcare Association and AzHHA Service Corporation* | Timothy J. Burke<br>Jamie Brown<br>**FENNEMORE CRAIG PC**<br>3003 North Central Avenue, Suite 2600<br>Phoenix, AZ 85012<br>tburke@fclaw.com<br>pklein@fclaw.com<br>*Attorneys for Northern Arizona Healthcare Corporation, Catholic Healthcare West, Bullhead City Hospital Corporation, Payson Hospital Corporation, Oro Valley Hospital, LLC, Northwest Hospital, LLC* |
| Teisha C. Johnson<br>Katherine I. Funk<br>**SONNENSCHEIN NATH &**<br>**ROSENTHAL LLP**<br>1301 K Street N.W.<br>Suite 600 East Tower<br>Washington, DC 20005<br>tcjohnson@sonnenschein.com<br>kfunk@sonnenschein.com<br>*Attorneys for University Medical Center Corporation* | David A. Ettinger<br>**HONIGMAN MILLER SCHWARTZ &**<br>**COHN LLP**<br>2290 1st National Building<br>660 Woodward Avenue<br>Detroit, MI 48226<br>dettinger@honigman.com<br>*Attorneys for Northern Arizona Healthcare Corporation* |
| Randall Papetti<br>**LEWIS & ROCA LLP**<br>40 North Central Avenue<br>Phoenix, AZ 85004-4429<br>rpapetti@lrlaw.com<br>*Attorneys for University Medical Center Corporation* | Andrew L. Pringle<br>**MARISCAL WEEKS MCINTYRE &**<br>**FRIEDLANDER PA**<br>2901 North Central Avenue, Suite 200<br>Phoenix, AZ 85012-2705<br>larry.pringle@mwmf.com<br>*Attorneys for John C. Lincoln Health Network* |

| | |
|---|---|
| 1 | |

Joel W. Nomkin
Jessica L. Everett-Garcia
Michael T. Liburdi
Jill Louise Ripke
Scott Sebastian Minder
Tyler Reese Bowen
**PERKINS COIE BROWN & BAIN PA**
P.O. Box 400
Phoenix, AZ 85012
jnomkin@perkinscoie.com
jeverettgarcia@perkinscoie.com
mliburdi@perkinscoie.com
jripke@perkinscoie.com
sminder@perkinscoie.com
tbowen@perkinscoie.com
*Attorneys for Banner Health
  and Sun Health Corporation*

Allen Spencer Boston
David B. Helms
Richard B. Walsh, Jr.
Stephen Michael Durbin
Winthrop Blackstone Reed, III
**LEWIS RICE & FINGERSH LC**
500 North Broadway, Suite 2000
St. Louis, MO 63102
aboston@lewisrice.com
dhelms@lewisrice.com
rwalsh@lewisrice.com
sdurbin@lewisrice.com
wreed@lewisrice.com
*Attorneys for Carondelet Health Network*

Dennis Palmer
**POLSINELLI SHUGHART  PC**
120 West 12th Street, Suite 1700
Kansas City, MO 64105
*Attorneys for Summit Healthcare Association and University Physicians Healthcare*

CLARKE H. GREGER
**RYLEY CARLOCK & APPLEWHITE PC**
1 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4417
cgreger@rcalaw.com
*Attorneys for Carondelet Health Network*

Brian M. Flaherty
**POLSINELLI SHUGHART  PC**
3636 North Central Avenue, Suite 1200
Phoenix, Arizona 85012
bflaherty@stklaw.com
*Attorneys for Summit Healthcare Association and University Physicians Healthcare*

James A. Craft
**GAMMAGE & BURNHAM PLC**
2 North Central Avenue, 18th Floor
Phoenix, AZ 85004
jcraft@gblaw.com
*Attorneys for Yuma Regional Medical Center, Inc.*

| | | |
|---|---|---|
| 1 | Randy Yavitz | Douglas Gerlach |
| 2 | **HUNTER, HUMPHREY & YAVITZ, PLC** | **JENNINGS STROUSS & SALMON PLC** |
| | 2633 East Indian School Road, Suite 440 | 201 East Washington, Suite 1100 |
| 3 | Phoenix, AZ 85008 | Phoenix, AZ 85004 |
| 4 | randy@hhylaw.com | dgerlach@jsslaw.com |
| | *Attorneys for Cobre Valley Community Hospital and Brim Healthcare* | *Attorneys for Regional Care Services Corp.* |

James R. Broening
Robert T. Sullivan
**BROENING OBERG WOODS & WILSON**
P.O. Box 20527
Phoenix, Arizona 85036
jrb@bowwlaw.com
rts@bowwlaw.com
*Attorneys for Sierra Vista Regional Health Center*

Jeffrey A. LeVee
Catherine T. Broderick
**JONES DAY**
555 South Flower Street
50th Floor
Los Angeles, CA 90071
jlevee@jonesday.com
cbroderick@jonesday.com
*Attorneys for TMC Healthcare*

Joan McPhee
Jane E. Willis
Matthew P. Garvey
**ROPES & GRAY LLP**
One International Place
Boston, MA 02110-2624
joan.mcphee@ropesgray.com
jane.willis@ropesgray.com
matthew.garvey@ropesgray.com
 *Attorneys for Iasis Healthcare Holdings, Inc., St. Luke's Medical Center, L.P., St. Luke's Behavioral Hospital, L.P., Mesa General Hospital, L.P.*

Jeffrey J. Campbell
**CAMPBELL YOST CLARE & NORELL PC**
101 North 1st Avenue, Suite 2500
Phoenix, AZ 85003
jcampbell@cycn-phx.com
*Attorneys for TMC Healthcare*

David B. Rosenbaum
Debbie A. Hill
Robert T. Weeks
**OSBORN MALEDON, P.A.**
2929 North Central Avenue
Phoenix, AZ 85012-2794
drosenbaum@omlaw.com
dhill@omlaw.com
rweeks@omlaw.com
*Attorneys for Iasis Healthcare Holdings, Inc., St. Luke's Medical Center, L.P., St. Luke's Behavioral Hospital, L.P., Mesa General Hospital, L.P.*

Lawrence Allen Katz
P. Bruce Converse
Kami S. Galvani
**STEPTOE & JOHNSON LLP**
Collier Center
201 East Washington Street, Suite 1600
Phoenix, AZ 85004-2382
lkatz@steptoe.com
bconverse@steptoe.com
kgalvani@steptoe.com
*Attorneys for Healthsouth Valley of the Sun, L.P., Healthsouth Rehabilitation Institute of Tucson, LLC and Southern Arizona Regional Rehabilitation Hospital, L.P.*

Brian A. Hayles
Mark J. Horoschak
Debbie Weston Harden
**WOMBLE CARLYLE SANDRIDGE & RICE PLLC**
301 South College Street, Suite 3500
Charlotte, NC 28202-6037
bhayles@wcsr.com
mhoroschak@wcsr.com
dharden@wcsr.com
*Attorneys for Bullhead City Hospital Corporation, Payson Hospital Corporation, Oro Valley Hospital, L.L.C., Northwest Hospital, L.L.C.*

Kerry Scott Martin
**OGLETREE DEAKINS NASH SMOAK & STEWART**
2415 East Camelback Road, Suite 800
Phoenix, AZ 85016
kerry.martin@ogletreedeakins.com
*Attorneys for Hospital Development of West Phoenix, Inc., VHS Acquisition Subsidiary Number 1, Inc., VHS Acquisition Corporation, VHS of Arrowhead, Inc., VHS of Phoenix, Inc., VHS Acquisition Company Number 1, L.L.C., PHC-Fort Mohave, Inc., Havasu Regional Medical Center, L.L.C., Kingman Hospital, Inc.*

| | |
|---|---|
| James P. McLoughlin, Jr.<br>Tonya L. Mitchell<br>Penny Hirsch Edwards<br>Charles Price<br>**MOORE & VAN ALLEN, P.L.L.C.**<br>100 North Tryon Street, Suite 4700<br>Charlotte, North Carolina 28202<br>jimmcloughlin@mvalaw.com<br>tonyamitchell@mvalaw.com<br>pennyedwards@mvalaw.com<br>Charles.Price@mwmf.com<br>*Attorneys for Arizona Heart Hospital, LLC and AHH Management, Inc.* | Barry D. Halpern<br>Daniel Joseph McAuliffe<br>Dan W. Goldfine<br>**SNELL & WILMER LLP**<br>1 Arizona Center<br>400 East Van Buren<br>Phoenix, AZ 85004-2202<br>bhalpern@swlaw.com<br>dmcauliffe@swlaw.com<br>dgoldfine@swlaw.com<br>*Attorneys for Mayo Clinic Arizona, Phoenix Children's Hospital, Inc., Scottsdale Healthcare Corporation* |
| Nicole Maroulakos Goodwin<br>**QUARLES & BRADY LLP**<br>1 Renaissance Square<br>2 North Central Avenue<br>Phoenix, AZ 85004-2391<br>ngoodwin@quarles.com<br>*Attorneys for Select Specialty Hospital – Phoenix, Inc. and Select Specialty Hospital – Arizona, Inc.* | Thomas P. Hanrahan<br>**SIDLEY AUSTIN LLP**<br>555 West Fifth Street, Suite 4000<br>Los Angeles, California 90013<br>thanrahan@sidley.com<br>*Attorneys for Kindred Hospitals, West LLC* |
| Franklin J. Hoover<br>**MANGUM, WALL, STOOPS & WARDEN, PLLC**<br>100 N. Elden St.<br>P.O. Box 10<br>Flagstaff, Arizon  86002-0010<br>fhoover@mwswlaw.com<br>*Attorneys for Navajo Health Foundation – Sage Memorial Hospital, Inc.* | |

 

                                                 */s/* Neill W. Clark
                                                   **Neill W. Clark**