# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cindy Johnson, Barbara A. Craig, and Stephanie L. Walker, on behalf of themselves and all others similarly situated,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>Arizona Hospital and Healthcare Association et al.,<br><br>　　　Defendants. | No. CV07-1292-PHX-SRB<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF THE NUMBER OF PAGES FOR PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARDS TO THE CLASS REPRESENTATIVES FOR THEIR EFFORTS ON BEHALF OF CLASS MEMBERS AND MEMORANDUM IN SUPPORT** |

　　　The Court having considered Plaintiffs' Unopposed Motion for Extension of the Number of Pages for Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Incentive Awards to the Class Representatives for Their Efforts on Behalf of Class Members and Memorandum in Support;

　　　IT IS HEREBY ORDERED that Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Incentive Awards to the Class Representatives for their Efforts on Behalf of Class Members and Memorandum in Support may be up to thirty (30) pages (Doc. 649).

　　　Dated this 11th day of February, 2011.

_____
Susan R. Bolton
United States District Judge