David F. Sorensen (Pro Hac Vice)
Neill W. Clark (Pro Hac Vice)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
dsorensen@bm.net
nclark@bm.net
**Co-Lead Class Counsel and Attorneys for Plaintiffs**
*Additional Counsel on Signature Page*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cindy Johnson, Barbara A. Craig, and Stephanie L. Walker on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>Arizona Hospital and Healthcare Association et al.,<br><br>    Defendants. | No. CV07-1292-PHX-SRB<br><br>**UNOPPOSED MOTION FOR EXTENSION OF THE NUMBER OF PAGES FOR PLAINTIFFS' MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR (1) FINAL APPROVAL OF THE SETTLEMENT AND PLAN OF ALLOCATION; (2) AWARD OF ATTORNEYS' FEES, COSTS AND EXPENSES; AND (3) SERVICE AWARDS TO THE REPRESENTATIVE PLAINTIFFS** |

Pursuant to the Rules of Practice of the United States District Court for the District of Arizona 7.2 (e), Plaintiffs hereby move for an extension of the number of pages for Plaintiffs' Motion and Memorandum of Points and Authorities in Support of Motion for (1) Final Approval of the Settlement and Plan of Allocation; (2) Award of Attorneys' Fees

Costs and Expenses; and (3) Service Awards to the Representative Plaintiffs. In support of this motion Plaintiffs aver as follows:

1. Under Rule 7.2(e), "[u]nless otherwise permitted by the Court, a motion including its supporting memorandum, and the response including its supporting memorandum, each shall not exceed seventeen (17) pages, exclusive of attachments and any required statement of facts."

2. Plaintiffs respectfully request and defendants *do not oppose*, that Plaintiffs' Motion and Memorandum of Points and Authorities in Support of Motion for (1) Final Approval of the Settlement and Plan of Allocation; (2) Award of Attorneys' Fees Costs and Expenses; and (3) Service Awards to the Representative Plaintiffs be up to thirty (30) pages. Plaintiffs request the additional pages to more thoroughly address the issues raised.

3. Defendants consent to this Motion.

4. A Proposed form of Order is attached.

Dated: February 25, 2011

        **BERGER & MONTAGUE, P.C.**
        By: /s/ David F. Sorensen
        David F. Sorensen
        Neill W. Clark
        1622 Locust Street
        Philadelphia, PA  19103
        Tel: 215-875-3000
        Fax: 215-875-4673

        **LAW OFFICES OF DAVID BALTO**
        David Balto
        1350 I Street, N.W., Suite 850
        Washington, D.C. 20005-3355
        Tel: 202-577-5424
        Fax: 202-333-4186

**KELLER ROHRBACK, P.L.C.**
Mark Samson
Ron Kilgard
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: 602-248-0088
Fax: 602-248-2822

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
Allen P. Grunes
1350 I Street, Suite 510
Washington, D.C. 20005-3355
Tel: 202-296-7353
Fax: 202-296-7009

Timothy R. Beyer
Martha L. Fitzgerald
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432
Tel: 303-223-1100
Fax: 303-223-1111

Jeffrey S. Rugg
100 City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Tel: 702-382-2101
Fax: 702-382-8135

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 25, 2011 the foregoing **UNOPPOSED MOTION FOR EXTENSION OF THE NUMBER OF PAGES FOR PLAINTIFFS' MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR (1) FINAL APPROVAL OF THE SETTLEMENT AND PLAN OF ALLOCATION; (2) AWARD OF ATTORNEYS' FEES, COSTS AND EXPENSES; AND (3) SERVICE AWARDS TO THE REPRESENTATIVE PLAINTIFFS** was served via electronic mail to the following parties and notice of this filing will be sent to all parties listed below by operation of the Court's CM/ ECF System:

| | |
|---|---|
| Keith Beauchamp<br>Lauren Jacqueline Weinzweig<br>Roopali H. Desai<br>**COPPERSMITH SCHERMER<br>& BROCKELMAN PLC**<br>2800 North Central Avenue, Suite 1200<br>Phoenix, AZ 85004<br>kbeauchamp@csblaw.com<br>lweinzweig@csblaw.com<br>rdesai@csblaw.com<br>*Attorneys for Arizona Hospital and Healthcare Association and AzHHA Service Corporation* | Timothy J. Burke<br>Jamie Brown<br>**FENNEMORE CRAIG PC**<br>3003 North Central Avenue, Suite 2600<br>Phoenix, AZ 85012<br>tburke@fclaw.com<br>pklein@fclaw.com<br>*Attorneys for Northern Arizona Healthcare Corporation, Catholic Healthcare West, Bullhead City Hospital Corporation, Payson Hospital Corporation, Oro Valley Hospital, LLC, Northwest Hospital, LLC* |
| Teisha C. Johnson<br>Katherine I. Funk<br>**SONNENSCHEIN NATH &<br>ROSENTHAL LLP**<br>1301 K Street N.W.<br>Suite 600 East Tower<br>Washington, DC 20005<br>tcjohnson@sonnenschein.com<br>kfunk@sonnenschein.com<br>*Attorneys for University Medical Center Corporation* | David A. Ettinger<br>**HONIGMAN MILLER SCHWARTZ &<br>COHN LLP**<br>2290 1st National Building<br>660 Woodward Avenue<br>Detroit, MI 48226<br>dettinger@honigman.com<br>*Attorneys for Northern Arizona Healthcare Corporation* |
| Randall Papetti<br>**LEWIS & ROCA LLP**<br>40 North Central Avenue<br>Phoenix, AZ 85004-4429<br>rpapetti@lrlaw.com<br>*Attorneys for University Medical Center Corporation* | Andrew L. Pringle<br>**MARISCAL WEEKS MCINTYRE &<br>FRIEDLANDER PA**<br>2901 North Central Avenue, Suite 200<br>Phoenix, AZ 85012-2705<br>larry.pringle@mwmf.com<br>*Attorneys for John C. Lincoln Health Network* |

| | |
|---|---|
| Joel W. Nomkin<br>Jessica L. Everett-Garcia<br>Michael T. Liburdi<br>Jill Louise Ripke<br>Scott Sebastian Minder<br>Tyler Reese Bowen<br>**PERKINS COIE LLP**<br>P.O. Box 400<br>Phoenix, AZ 85012<br>jnomkin@perkinscoie.com<br>jeverettgarcia@perkinscoie.com<br>mliburdi@perkinscoie.com<br>jripke@perkinscoie.com<br>sminder@perkinscoie.com<br>tbowen@perkinscoie.com<br>*Attorneys for Banner Health*<br>*  and Sun Health Corporation* | Allen Spencer Boston<br>David B. Helms<br>Richard B. Walsh, Jr.<br>Stephen Michael Durbin<br>Winthrop Blackstone Reed, III<br>**LEWIS RICE & FINGERSH LC**<br>500 North Broadway, Suite 2000<br>St. Louis, MO 63102<br>aboston@lewisrice.com<br>dhelms@lewisrice.com<br>rwalsh@lewisrice.com<br>sdurbin@lewisrice.com<br>wreed@lewisrice.com<br>*Attorneys for Carondelet Health*<br>*Network* |
| Dennis Palmer<br>**POLSINELLI SHUGHART  PC**<br>120 West 12th Street, Suite 1700<br>Kansas City, MO 64105<br>*Attorneys for Summit Healthcare*<br>*Association and University Physicians*<br>*Healthcare* | CLARKE H. GREGER<br>**RYLEY CARLOCK & APPLEWHITE PC**<br>1 North Central Avenue, Suite 1200<br>Phoenix, Arizona 85004-4417<br>cgreger@rcalaw.com<br>*Attorneys for Carondelet Health*<br>*Network* |
| Brian M. Flaherty<br>**POLSINELLI SHUGHART  PC**<br>3636 North Central Avenue, Suite 1200<br>Phoenix, Arizona 85012<br>bflaherty@stklaw.com<br>*Attorneys for Summit Healthcare*<br>*Association and University Physicians*<br>*Healthcare* | James A. Craft<br>**GAMMAGE & BURNHAM PLC**<br>2 North Central Avenue, 18th Floor<br>Phoenix, AZ 85004<br>jcraft@gblaw.com<br>*Attorneys for Yuma Regional Medical*<br>*Center, Inc.* |

| | | |
|---|---|---|
| 1 | | |
| 2 | Randy Yavitz<br>**HUNTER, HUMPHREY & YAVITZ, PLC** | Douglas Gerlach<br>**JENNINGS STROUSS & SALMON PLC** |
| 3 | 2633 East Indian School Road, Suite 440 | 201 East Washington, Suite 1100<br>Phoenix, AZ 85004 |
| 4 | Phoenix, AZ 85008 | dgerlach@jsslaw.com |
| 5 | randy@hhylaw.com<br>*Attorneys for Cobre Valley Community* | *Attorneys for Regional Care Services Corp.* |
| 6 | *Hospital and Brim Healthcare* | |
| 7 | | |
| 8 | James R. Broening | Jeffrey A. LeVee |
| 9 | Robert T. Sullivan<br>**BROENING OBERG WOODS &** | Catherine T. Broderick<br>**JONES DAY** |
| 10 | **WILSON**<br>P.O. Box 20527 | 555 South Flower Street<br>50th Floor |
| 11 | Phoenix, Arizona 85036 | Los Angeles, CA 90071 |
| 12 | jrb@bowwlaw.com<br>rts@bowwlaw.com | jlevee@jonesday.com<br>cbroderick@jonesday.com |
| 13 | *Attorneys for Sierra Vista Regional Health Center* | *Attorneys for TMC Healthcare* |
| 14 | | |
| 15 | Joan McPhee<br>Jane E. Willis | Jeffrey J. Campbell<br>**CAMPBELL YOST CLARE & NORELL** |
| 16 | Matthew P. Garvey | **PC** |
| 17 | **ROPES & GRAY LLP**<br>One International Place | 101 North 1st Avenue, Suite 2500<br>Phoenix, AZ 85003 |
| 18 | Boston, MA 02110-2624<br>joan.mcphee@ropesgray.com | jcampbell@cycn-phx.com<br>*Attorneys for TMC Healthcare* |
| 19 | jane.willis@ropesgray.com | |
| 20 | matthew.garvey@ropesgray.com<br> *Attorneys for Iasis Healthcare* | |
| 21 | *Holdings, Inc., St. Luke's Medical* | |
| 22 | *Center, L.P., St. Luke's Behavioral Hospital, L.P., Mesa General Hospital,* | |
| 23 | *L.P.* | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

David B. Rosenbaum
Debbie A. Hill
Robert T. Weeks
**OSBORN MALEDON, P.A.**
2929 North Central Avenue
Phoenix, AZ 85012-2794
drosenbaum@omlaw.com
dhill@omlaw.com
rweeks@omlaw.com
*Attorneys for Iasis Healthcare Holdings, Inc., St. Luke's Medical Center, L.P., St. Luke's Behavioral Hospital, L.P., Mesa General Hospital, L.P.*

Lawrence Allen Katz
P. Bruce Converse
Kami S. Galvani
**STEPTOE & JOHNSON LLP**
Collier Center
201 East Washington Street, Suite 1600
Phoenix, AZ 85004-2382
lkatz@steptoe.com
bconverse@steptoe.com
kgalvani@steptoe.com
*Attorneys for Healthsouth Valley of the Sun, L.P., Healthsouth Rehabilitation Institute of Tucson, LLC and Southern Arizona Regional Rehabilitation Hospital, L.P.*

Brian A. Hayles
Mark J. Horoschak
Debbie Weston Harden
**WOMBLE CARLYLE SANDRIDGE & RICE PLLC**
301 South College Street, Suite 3500
Charlotte, NC 28202-6037
bhayles@wcsr.com
mhoroschak@wcsr.com
dharden@wcsr.com
*Attorneys for Bullhead City Hospital Corporation, Payson Hospital Corporation, Oro Valley Hospital, L.L.C., Northwest Hospital, L.L.C.*

Kerry Scott Martin
**OGLETREE DEAKINS NASH SMOAK & STEWART**
2415 East Camelback Road, Suite 800
Phoenix, AZ 85016
kerry.martin@ogletreedeakins.com
*Attorneys for Hospital Development of West Phoenix, Inc., VHS Acquisition Subsidiary Number 1, Inc., VHS Acquisition Corporation, VHS of Arrowhead, Inc., VHS of Phoenix, Inc., VHS Acquisition Company Number 1, L.L.C., PHC-Fort Mohave, Inc., Havasu Regional Medical Center, L.L.C., Kingman Hospital, Inc.*

| | |
|---|---|
| James P. McLoughlin, Jr.<br>Tonya L. Mitchell<br>Penny Hirsch Edwards<br>Charles Price<br>**MOORE & VAN ALLEN, P.L.L.C.**<br>100 North Tryon Street, Suite 4700<br>Charlotte, North Carolina 28202<br>jimmcloughlin@mvalaw.com<br>tonyamitchell@mvalaw.com<br>pennyedwards@mvalaw.com<br>Charles.Price@mwmf.com<br>*Attorneys for Arizona Heart Hospital, LLC and AHH Management, Inc.* | Barry D. Halpern<br>Daniel Joseph McAuliffe<br>Dan W. Goldfine<br>**SNELL & WILMER LLP**<br>1 Arizona Center<br>400 East Van Buren<br>Phoenix, AZ 85004-2202<br>bhalpern@swlaw.com<br>dmcauliffe@swlaw.com<br>dgoldfine@swlaw.com<br>*Attorneys for Mayo Clinic Arizona, Phoenix Children's Hospital, Inc., Scottsdale Healthcare Corporation* |
| Nicole Maroulakos Goodwin<br>**QUARLES & BRADY LLP**<br>1 Renaissance Square<br>2 North Central Avenue<br>Phoenix, AZ 85004-2391<br>ngoodwin@quarles.com<br>*Attorneys for Select Specialty Hospital – Phoenix, Inc.and Select Specialty Hospital – Arizona, Inc.* | Thomas P. Hanrahan<br>**SIDLEY AUSTIN LLP**<br>555 West Fifth Street, Suite 4000<br>Los Angeles, California 90013<br>thanrahan@sidley.com<br>*Attorneys for Kindred Hospitals, West LLC* |
| Franklin J. Hoover<br>**MANGUM, WALL, STOOPS & WARDEN, PLLC**<br>100 N. Elden St.<br>P.O. Box 10<br>Flagstaff, Arizona 86002-0010<br>fhoover@mwswlaw.com<br>*Attorneys for Navajo Health Foundation – Sage Memorial Hospital, Inc.* | |

                                                */s/* Neill W. Clark
                                                **Neill W. Clark**