## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Cindy Johnson, Barbara A. Craig, and Stephanie L. Walker, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>Arizona Hospital and Healthcare Association et al.,<br><br>            Defendants. | No. CV07-1292-PHX-SRB<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF THE NUMBER OF PAGES FOR PLAINTIFFS' MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR (1) FINAL APPROVAL OF THE SETTLEMENT AND PLAN OF ALLOCATION; (2) AWARD OF ATTORNEYS' FEES, COSTS AND EXPENSES; AND (3) SERVICE AWARDS TO THE REPRESENTIVE PLAINTIFFS** |

**AND NOW**, having considered Plaintiffs' Unopposed Motion for Extension of the Number of Pages for Plaintiffs' Motion and Memorandum of Points and Authorities in Support of Motion for (1) Final Approval of the Settlement and Plan of Allocation; (2) Award of Attorneys' Fees, Costs and Expenses; and (3) Service Awards to the Representative Plaintiffs.

IT IS HEREBY ORDERED that:

Plaintiffs' Unopposed Motion For Extension Of The Number Of Pages For Plaintiffs' Motion And Memorandum Of Points And Authorities In Support Of Motion For (1) Final Approval Of The Settlement And Plan Of Allocation; (2) Award Of Attorneys' Fees, Costs And

Expenses; And (3) Service Awards To The Representative Plaintiffs may be up to thirty (30) pages.

Dated this 1st day of March, 2011.

Susan R. Bolton
United States District Judge