**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Cindy Johnson, Barbara A. Craig, and Stephanie L. Walker, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>Arizona Hospital and Healthcare Association et al.,<br><br>  Defendants. | No. CV07-1292-PHX-SRB<br><br>**ORDER** |

AND NOW, having considered Plaintiffs' Unopposed Motion for Extension of the Number of Pages for Plaintiffs' Motion For Preliminary Approval Of Settlement With Abrazo, Certification Of Traveler Settlement Class, Approval Of The Form Of Notice And Memorandum In Support  IT IS HEREBY ORDERED that Plaintiffs' Motion For Preliminary Approval Of Settlement With Abrazo, Certification Of Traveler Settlement Class, Approval Of The Form Of Notice And Memorandum In Support may be up to forty five (45) pages.

Dated this 16th day of April, 2012.

_____
Susan R. Bolton
United States District Judge